PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00212-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO VACATE STATUS CONFERENCE DATE, SET THE MATTER FOR TRIAL, AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER |
| MIGUEL ZUNIGA ARTEAGA, and ARMANDO MARTINEZ, | |
| Defendants. | CURRENT DATE: January 10, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. By previous order, this matter was set for status on January 10, 2024.

2. The parties hereby request that the Court vacate the current status conference date, set this matter for trial on August 13, 2024, and to exclude time between January 10, 2024, and August 13, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2]. The parties further request a trial confirmation date be set for October 2, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that plea agreements have been extended to defendants, and the parties are working on resolving this matter.

   b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare

pretrial motions, and to otherwise prepare for trial.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2024 to August 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] and 18 U.S.C. § 3161(h)(7)(A), B(ii) [Local Code T2], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 3, 2024         PHILLIP A. TALBERT
                     United States Attorney

                     /s/ STEPHANIE M. STOKMAN
                     STEPHANIE M. STOKMAN
                     Assistant United States Attorney

Dated:  January 3, 2024         /s/ NICHOLAS REYES
                     NICHOLAS REYES
                     Counsel for Defendant
                     MIGUEL ZUNIGA ARTEAGA

Dated:  January 3, 2024

                     /s/  NICHOLAS REYES
                     NICHOLAS REYES
                     Counsel for Defendant
                     ARMANDO MARTINEZ

# **ORDER**

IT IS SO ORDERED that the status conference set for January 10, 2024, is vacated. A jury trial is set for **August 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2 weeks**. A trial confirmation is set for **July 29, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and 18 U.S.C. § 3161(h)(7)(A), B(ii).

IT IS SO ORDERED.

Dated:   **January 5, 2024**            /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE