PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIGUEL ZUNIGA ARTEAGA, AND ARMANDO MARTINEZ,<br><br>  Defendants. | CASE NO. 1:20-CR-00212-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on July 19, 2024 and jury trial on August 13, 2024.

2.  By this stipulation, the parties now move to vacate the status conference date and jury trial setting for a change of plea until August 26, 2024. Both defendants are set for change of plea on this date on the related case.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The parties have entered into and filed a plea agreement in this matter. For that reason, the parties agree that a date of August 26, 2024, is warranted for a change of plea. Prior to filing this stipulation, the parties conferred with the courtroom deputy for the assigned district

court judge, who indicated this date is available for a change of plea.

   b)  The parties stipulate that the period of time until August 26, 2024, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Additionally, time has already been excluded until August 26, 2024.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: July 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

/s/ NICHOLAS REYES

Dated: July 15, 2024

NICHOLAS REYES
Counsel for Defendants
ARTEAGA and MARTINEZ

## **ORDER**

IT IS SO ORDERED that the jury trial set for August 13, 2024, trial confirmation set for July 29, 2024, and status conference set for July 19, 2024, are vacated. A change of plea hearing is set for **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **July 15, 2024**                              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE