PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO MARTINEZ, AND<br>MIGUEL ZUNIGA ARTEAGA,<br><br>Defendants. | CASE NO.  1:20-CR-00213-NODJ AND 1:20-CR-00212-NODJ<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 26, 2024<br>TIME:<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on August 26, 2024.

2. By this stipulation, the parties now move to continue the change of plea until November 6, 2024, and to exclude time between August 26, 2024, and November 6, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2024 to November 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the

defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 20, 2024						PHILLIP A. TALBERT
										United States Attorney

										/s/ STEPHANIE M. STOKMAN
										STEPHANIE M. STOKMAN
										Assistant United States Attorney

Dated:  August 20, 2024						/s/ NICHOLAS REYES
										NICHOLAS REYES
										Counsel for Defendants

## FINDINGS AND ORDER

IT IS SO ORDERED that the Change of Plea is continued from August 26, 2024, to **November 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 20, 2024**					/s/ Barbara A. McAuliffe
										UNITED STATES MAGISTRATE JUDGE