NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
ARMANDO MARTINEZ and
MIGUEL ZUNIGA ARTEAGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO MARTINEZ and MIGUEL ZUNIGA ARTEAGA,<br><br>Defendants. | CASE NO. 1:20-CR-00212-DAD<br>            1:20-CR-00213-DAD<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER |

Defendants, ARMANDO MARTINEZ and MIGUEL ZUNIGA ARTEAGA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, STEPHANIE STOKMAN, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, November 3, 2025, at 10:00 a.m. be continued to Monday, December 15, 2025 at 10:00 a.m. in the courtroom for the Honorable Dale A. Drozd, District Judge.

The continuance is necessary and good cause exists because both the government and the defense require the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for November 3, 2025, at 10:00 a.m. be continued to December 15, 2025 at 10:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 10/30/2025						/s/ Nicholas F. Reyes
							NICHOLAS F. REYES
							Attorney for Defendants
							ARMANDO MARTINEZ and
							MIGUEL ZUNIGA ARTEAGA

**IT IS SO STIPULATED**

Dated: 10/30/2025						/s/ Stephanie Stokman
							STEPHANIE STOKMAN
							Assistant U.S. Attorney

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-referenced case as to both defendants, currently scheduled for Monday, November 3, 2025, is continued to Monday, December 15, 2025 at 10:00 a.m. in the courtroom of the Honorable Dale A. Drozd, District Judge. **However, no further continuances of the of the sentencing hearing in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **October 31, 2025**				_____
							DALE A. DROZD
							UNITED STATES DISTRICT JUDGE

2